STATE v. COMBS

No. 235P86.

Case below: 79 N.C. App. 571.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 3 June 1986.

STATE v. CONNELLY

No. 146P86.

Case below: 79 N.C. App. 176.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 3 June 1986.

STATE v. COSTNER

No. 360P86.

Case below: 80 N.C. App. 666.

Petition by defendant for writ of supersedeas and temporary stay denied 16 June 1986.

STATE v. FORTE

No. 352P86.

Case below: 80 N.C. App. 701.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 11 June 1986. Petition by defendant for writ of supersedeas and temporary stay denied 11 June 1986.

STATE v. GRADY

No. 198P86.

Case below: 79 N.C. App. 471.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 3 June 1986.